District Court for the District of Columbia

Matthew Curry,

Plaintiff

v.

Federal Trade Commission

Defendant

Case: 1:19−cv−03021
Assigned To : Unassigned
Assign. Date : 10/9/2019
Description: Pro Se General Civil (F−Deck)

**RECEIVED**

OCT − 9 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Complaint— Claim on a debt

I plaintiff hereby present to this court a complaint in compliance with Federal rules of Civil Procedure and all local rules. pursuant to 28 USC 3004 Service of process; enforcement notice. (a) manner of service A complaint, notice, writ, or other process required to be served in a action or proceeding under this chapter 28 usc 3001 et. seq shall be served in accordance with FRCP unless otherwise provided in this chapter. under FRCP 4(N) Asserting Jurisdiction over property or assets assets. Stated: Federal law. The court may assert Jurisdiction over property if Authorized by federal statue. Notice to claimant of the property must be given as provided in statue or by serving a summons under this rule. pursuant to 28 usc 1361 Action to compel an officer of the united states to perform his duty. In an action for a judgment recognizing the Plaintiffs as the sole owners of land free from claims of defendants, plaintiffs who claim title under the defendant should be realigned with the defendant. In an action for partition, all parties entitled to in the division of

(1)

1

The property should be re-aligned as plaintiffs if the original plaintiff has no dispute with individual co-owners named as defendants. Jordan v. Marks, 55 F. Supp 204 w.r L.A. 1944 Judgment aff'd 147 F.2d 800 CCA 5th cir 1945 De Graffenrei v. Yount-Lee Oil Co; 30 F.2d 574 CCA 5th cir 1929

In a Suit involving a trust, the defendant trustee may be aligned with the plaintiff beneficary if it was not alleged that the trustee had refused to bring Suit, Backer v. Levy, 82 F.2d 270 CCA 2d cir 1936 or even if it was alleged that she had refused to Sue. (Shipp v. Williams 62 F.4 CCA 6th Circuit 1844) In conjunction with 28 USC 1361 and 40 USC 3133 (b)(B)(3) In the name of the united States; In any manner in which the united States marshal of the district in which the public improvement is Situated by law may serve Summons; (A civil action brought under this subsection must be brought in the name of the united states for the person bringing the action. united States was party to Miller action and therefore all parties were accorded sixty days in which to perfect appeal).

Matthew Curry
1355 New york Ave
washington, DC 20002

②

sixty days in which to perfect appeal). Burnard v. Pace v. Pace 1946, CA4 Va 153 F2d 35. In accordance with FRCP 17 Plaintiff and defendant capacity; public officers. (a) real party in interest. (2) Action in the name of the united states for another use or benefit must be brought in the name of the united states. 3) for all other parties, by the law of the state where the court is located except that.. No such capacity under that ~~states~~ state' law may sue or be sued in it's common name to enforce a Substantive Right existing under the united states constitution or laws. See Ball v. City of Coral Gables, 548 F. Supp 2d 1364 (S.D. Fla aff'd 301 Fed Appx 865 Additionally FRCP 19 required Joinder of Parties. States: A person required to be Joined; who is Subject to service of process, Must be Joined So as to not deprive to Court of Subject matter Jurisdiction. If Such person(s) has not been Joined as required, the Court must order such person(s) be made a party, (See babcock v. Maple leaf, Inc., 424 F. Supp 428, 22 Fed R Ser 2d Callaghan 1115 E.D. Tenn. 1976). Also In connection with these FRCP is FRCP 18 (b) Joinder of claims. (b) Joinder of Contingent claims. A party may Join two claims even though one of them is contingent on the disposition of the other, but the court may grant relief only in accordance with the parties relative substant rights. Pursuant to 28 USC 2508 Counter-Claim or Set-off; registration of Judgment. Upon the trial of any Suit in the united states Court of Federal claims in which any Setoff, Counterclaim, claim for damages. or other demand is set up on the part of the united states against any plaintiff making claim against the united states in Said Court, the court. Shall hear and determine Such claim or demand both for and against the united states. If upon the whole case it finds that the plaintiff is indebted to the united States it Shall render Judgment to that effect, and Such Judgment Shall be final and reviewable. The transcript of Such Judgment, filed in the Clerk's office of any district court, Shall be entered upon the records and Shall be enforceable as other Judgments. (Mc Dowell v. united states 1952 122 Ct Cl 639, 104 F. Supp 1023.

③

In accordance with 28 USC 2509 is 28 USC 2409 Partition actions involving united States. Any civil action by any tenant in common or Joint tenant owing an undivided Interest in lands where the united States is one of Such tenants in common or Joint tenants against the united States and any others of Such owners, shall proceed, and be determined in the Same manner as would a Similar action between private persons. (See In re paris air Crash March 3, 1974 578 F.2d 264, Fed. R. Serv. 2d 211 (9th cir. 1978) Pursuant to 28 US Cod 3010. Co-owned property (a) limitation. The remedies available to the united States under this chapter 28 US Code 3001 et. Seq. may be enforced against property which is Co-owned by a debtor and any other person only to the extent allowed by the law of the State where the property is located. (The Interposition of a court of equity may also be Invoked where there are Special grounds therefor, Such as where the object is to reach equitable interests in property which are not Subject to execution, or where the Judgment debtor has property that Cannot be made available to the Judgment Creditor in the ordinary way), (Walker v. Muscatine, 73 US 481, 6 wall 481, 18 L ED 930 Nowka v. Nowka, 157 neb 57, 58 NW 2d 600. Slaughter v. Mattingly, 155 Ky 407, 159 Sw 180. In addition to Prior Statue is 28 US Code 3011 Assessment of Surcharge on a debt. (a) Surcharge authorized. In an action or Proceeding under Subchapter (B) or (C) 28 USC 3101 et. Seq or 3201 et. Seq and Subject to Subsection (b), the united States in entitled to recover a Surcharge of 10 percent of the amount of the debt in connection with the recovery of the debt, to Cover the cost of processing and handling the litigation and enforcement under this Chapter 28 USC 3001 et. of the Claim for Such debt. 28 USC 3002. Definitions. 3) Debt means— (A) an amount that is owing to the united States on account of a direct loan, or loan insured or guaranteed, by the united States or (B) an amount that is ~~existing~~ owing to the united States on account of a ~~direct~~ fee, duty, lease, rent, Service, Sale of real or personal Property, overpayment, fine, assessment, penalty, restitution, damages, Interest, tax, bail bond forfeiture, reimbursement, recovery of a cost Incurred by the united States, or other Source of Indebtedness to the united States,'—

Trustees to [...] 407 Trustees and receivers above, management, State laws. Trustee's receivers [...] or managers of any property Including debtors in possession, may be sued without leave of Court appointing them, with respect to any of their acts or transaction in carrying on business. Connected with such property. Such actions shall be subject to the general equity power of such court, so far as the same may be necessa to end of Justice. (See Johnson Service Co. v H.S. Kaiser Co. 1971 VD ILL 329 F.Supp 745). When provisions of former 28 US Code 2410 were broadened by federal tax lien act of 1966, Congress broadened government consent to be sued to include Action in nature of Interpleader, in doing so interpleader actions were consid ered to be those suits brought by holding persons holding property held which definition is in accord with Traditional definition. Pursuant to 15 USCS 1122. Liability of united States and States, and instrumentalities and officials thereof. (C) Remedies. In a suit described in Section (a) or (b) for a violation described therein, remed including remedies both at law and in equity) are available for violat to same extent as such remedies for violation in suit against any person other than the united States or any agency or instru-mentality thereof, or any Individual, firm, Corporation, or other persons) Acting for the united States with authorization and consent of the united States, such Remedies including injunctive relief under Section 34 [15 USCS 1116] actual damages, profits, costs and attorney fees under Section 35 [15 USCS 1117]. Under 28 USC 133 (c) It states: For the purpose of this Section and Section 1441 of this title [28 USC 1441] (1) a Corporation shall be deemed to be a citizen of every State and foreign State by which it has been incorporated and of the State or Foreign State where it has its principal Place of business, except that in any direct action against the insurer of a policy or Contract of liability Insurance, whether incorporated or unincorporated, to which actio the insured is not Joined as a party-defendant, such insure shall be deemed a citizen of (A) every State and foreign Stat of which the insured is a citizen; (B) every State and forei

⑤

state by which the insurer had been incorporated, and
(g) the state or foreign State where the Insurer has it's
Principal place of business;. Also 28 USC 1332 11(c)(i) states:
Any action removed to federal Court pursuant to this Subsection
shall not thereafter be transferred to any other court pursuant to
Section 1407 [28 USCS 1407]. For purpose of Jurisdiction, Court has
Power to ascertain real matter in dispute, and arrange parties on
one side or other of that dispute, and if in such arrangement it
appears that those on one are all citizens of different states
from those on other, Jurisdiction can be entertained and cause proceed
with. Removal Cases (1879) 100 US 457, 10 Otto 457, 25 L Ed 593;
Pacific Railroad v. Ketchum (1880) 101 US 289, 11 Otto 289, 25 LEd 932.
For federal Jurisdiction Purposes, because administrator Sues in
Capacity of trustee — See Cincinnati, H & D. R. CO. V THIEBAUD
(1900 CA6 Ohio) 114 F 918. 28 USC 1346 (a) (1), like 28 USC 1331, is
Merely Jurisdictional provision and does not confer any substantive
rights enforceable against U.S. for monetary Relief. Pallet v Johnson
2006, DC Neb 98 AFTR 2d 7324. Under 28 USC 2675, filing of
Claim with federal agency for money damage Caused by neglect or wrongful
act or omission of government employee, and denial of such Claim suit
by agency, is prerequisite to Jurisdiction under 28 USC 1346 (b).
Burke v. Green 1976, ED Pa 422 F Supp 350. Determination by
Federal trade Commission that there is reason to believe that
violation under 15 USC 45(b) has occurred is not final agency
action Judicially reviewable before Conclusion of FTC proceedings
under 5 USCS 704. FTC v. Standard Oil Co. (1980) 449 US 232, 101 S.Ct
488, 66 L Ed 2d 416, 1980-81 CCH Trade Cases 63665. under 5 USC 704
Actions reviewable. Action Agency action made reviewable by Statue
and final agency action for which there is no ad other adequate
remedy in a Court are Subject to Judicial review. A preliminary,
Procedural, or Intermediate agency action or ruling not directly
reviewable is subject to review on the review of the final agency
action. Pursuant to 28 USC 1919 Dismissal for lack of
Jurisdiction. whenever any action or suit is dismissed in any

(6)

district court, the court of International trade, or the court of federal claims for want of jurisdiction, Such court may order the payment of Just Cost. See Mashak v. Hacker (1962, CA7 Ill) 303 F2d 526, 5 FR Serv 2d 836. Permitting taxing of costs incident to taking of deposition even though subsequent to taking case is dismissed for lack of jurisdiction. Where public money or property come into the hands of a public officer by virtue of his office, the officer may be considered a trustee, or a bailee, or an Insurer with all applicable duties and responsibilities of the funds or property. Liability attaches to a public official by virtue of the public office that he holds, and it is the official obligation to disburse according to law moneys that have come into his hands by virtue of his being a public officer. See Cordray v. Internatl. Preparatory School, 128 Ohio St. 3d 50, 2010-Ohio-6136, 941 N.E. 2d 1170, 264 Ed. Law Rep. 365, 2010. Equity has jurisdiction of a suit to compel a public officer to account for money wrongfully withheld. See Village of Brookfield v. pentis, 101 F.2d 516 C.C.A. 7th Cir. 1939). An action for money had and received will lie in favor of the state or other governmental body against third persons not officers. Predecessor statute to 28 USC 1655 did not authorize federal court to entertain attachment proceedings against absent debtor; in federal courts attachment is but incident to suit, and unless court has jurisdiction over person of defendant, attachment must fall. Spellman v. Sullivian (1932, CA2 NY) 61 F2d 787. Under 28 USC 1402 united States as defendant. (a) Any civil action in a district court against the United States under subsection (a) of Section 1346 of this title [28 usc 1346] may be prosecuted only: (2) In the case of a civil action by a corporation under paragraph (1) of Subsection (a) of section 1346 [28 usc 1346] in the judicial district in which is located the principal of business or principal office or agency of the corporation; or if it has no principal place of business or principal office or agency in any judicial district (A) in the Judicial district in which is located the

office to which was made the return or the tax in respect of which the claim is made, or (B) if no return was made, in the judicial district in which lies the District of Columbia. Notwithstanding the foregoing provisions of this paragraph a district court, for the convenience of the parties and witnesses, in the interest of justice, may transfer any such action to any other district or division. Where plaintiff were appointed executors of deceased in Connecticut but lived in New York, plaintiffs could sue United States in New York in administrative capacity for refund of taxes paid by estate, since residence of individual plaintiffs controls rather than situs of estate). Kruskal v United States (1950, CA 2 NY) 178 F2d 738, 50-1 USTC 10748, 38 AFTR 1215. For purpose of venue See also Jones V. United States (1976, ND Tex) 407 F.Supp 873. Furthermore, In accordance with that which is stated herein FRCP 5 Serving and filing Pleadings and other papers. (E) A written notice, appearance, demand, or offer of judgment, or any similar paper. (3) Seizing property. If an action is begun by seizing property and no persons is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the Person who had custody or possession of the property when it was seized. Under FRCP 5 Service must be made on every party. d)(4) Acceptance by the clerk, the clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice. FRCP 5.1 Constitutional Challenge to Statute. (9) Notice by a party, A party that files a pleading, written motion, or other paper drawing into question the Constitutional of a federal or state must promptly: (1) file notice of constituti al question stating the question stating the question and identifying the paper that raises it, if: SubSection (A) or (B) occurs then service (the notice and paper) on the Attorney General of the United States and/or on the State Attorney general either by certified or registered mail or by sending it to an electronic address. Certification must be made to the appropriate attorney general by the court under 28 USC 2403.

Service made in accordance with FRCP 5 does not convert Motion into new Action in personam wherein such procedure is unavoidable nor does utilization of such procedure convert Service of motion into Service of original process. <u>Tilghman</u> v. <u>Tilghman</u> 1944, DC Dist Col 57 F.Supp 417. Pursuant to 42 US Code 1983 Civil action for deprivation of Rights. As follows: Every person who under color of any statue or any state, territory, the district of Columbia, Subject or causes to be subjected, any citizen of the United States or other person within jurisdiction thereof to the deprivation of any right, privileges, or immunities secured by the constitution and laws shall be liable to the party injured at action at law, suit in equity or other proper proceeding.. See Smullwood v. united States 1973, EO MO F.Supp 348. aff without op (1923, CA8 mo) 486 F2d 1407

Therefore at the Conclusion of the Complaint plaintiff Request to the Court to enforce substantive Rights of all Parties Involved to award the necessary relief of action.

Matthew Curry

I declare (or certify verfiy or State) under penalty of ~~pleading~~ ~~for~~ perjury that the foregoing is true and Correct executed on 10-9-19

Matthew Curry

District of Columbia: SS
Subscribed and Sworn to before me
this 9th day of October, 2019

John C. Paul, Notary Public, D.C.
My commission expires July 14, 2021



(9)